**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2211**

———————

CACI INTERNATIONAL, INCORPORATED; CACI,
INCORPORATED - FEDERAL,

Plaintiffs - Appellees,

versus

PENTAGEN TECHNOLOGIES INTERNATIONAL, LTD.;
JOHN C. BAIRD; MITCHELL R. LEISER,

Defendants - Appellants,

UNITED STATES OF AMERICA,

Party-in-interest,

and

BAIRD TECHNOLOGIES, INCORPORATED,

Defendant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-93-1631-A)

———————

Submitted: September 29, 2003      Decided: October 22, 2003

———————

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Joel Z. Robinson, LAW OFFICES JOEL Z. ROBINSON & COMPANY, New York,
New York, for Appellants.  J. William Koegel, Jr., STEPTOE &
JOHNSON, L.L.P., Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pentagen Technologies International appeals the district
court's order denying the motion to reopen a 1994 declaratory
judgment as predicated on fraud.  We have reviewed the record and
find no reversible error.  Accordingly, we affirm for the reasons
stated by the district court.  See CACI Int'l Inc. v. Pentagen
Techs. Int'l Ltd., No. CA-93-1631-A (E.D. Va. Aug. 30, 2002).  We
dispense with oral argument because the facts and legal contentions
are adequately presented in the materials before the court and
argument would not aid the decisional process.

AFFIRMED